■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY DIAZ, Appellant. — Judgment, Supreme Court, Bronx County (John Bradley, J.), rendered on March 25, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Carro, Asch, Bloom and Alexander, JJ.